J. RANDALL JONES, ESQ. (#1927)
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ. (#11135)
m.gayan@kempjones.com
MONA KAVEH, ESQ. (#11825)
m.kaveh@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile:  (702) 385-6001

*Attorneys for Defendant
Nevada Restaurant Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated;<br><br>             Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>             Defendant. | Case No.: 2:21-cv-01768-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Nevada Restaurant Services, Inc. ("Defendant"), and Plaintiff Sara Sanguinetti ("Plaintiff"), by and through their counsel of record, hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint from October 1, 2021, to October 26, 2021.  The parties previously stipulated to the October 26, 2021, deadline in the state court action because defense counsel had just recently been retained and required additional time to investigate and evaluate the factual and legal issues in Plaintiff's Complaint (ECF No. 1-2).  Plaintiff did not object.

/ / /

/ / /

/ / /

The request is not for purposes of delay. This is the first request by the parties.

Dated September 27, 2021

KEMP JONES, LLP

/s/ Mona Kaveh
J. Randall Jones, Esq. (#1927)
Michael J. Gayan, Esq. (#11135)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc.*

Dated September 27, 2021

FREEDOM LAW FIRM, LLC

/s/ Gerardo Avalos
George Haines, Esq. (#9411)
Gerardo Avalos, Esq. (#15171)
8985 South Eastern Ave., Suite 350
Las Vegas, Nevada 89123

-and-

Michael Kind, Esq. (#13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Sara Sanguinetti and on behalf of all others similarly situated*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2021

2