J. RANDALL JONES, ESQ. (#1927)
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ. (#11135)
m.gayan@kempjones.com
MONA KAVEH, ESQ. (#11825)
m.kaveh@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01768-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**(First Request)** |
| RAYMOND D. SPEIGHT, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01780-RFB-EJY |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Nevada Restaurant Services, Inc. ("Defendant"), and Plaintiffs David Dietzel, Raymond D. Speight, Sara Sanguinetti, Patricia Saavedra, and Nina S. Kuhlmann ("Plaintiffs"), by and through their counsel of record, hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiffs' Amended Consolidated Class Action Complaint

1

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1  ("Amended Complaint"), filed on November 16, 2021 (ECF No. 20), from November 30, 2021,
2  to December 21, 2021.

3      Sanguinetti's and Speight's original complaints were filed on August 24, 2021 and
4  September 27, 2021, respectively. *See* ECF No. 1-2; *Speight*, ECF No. 1. Defendant and
5  Sanguinetti stipulated to extending Defendant's time to respond to the complaints from October
6  1, 2021 to October 26, 2021. *See* ECF No. 5. Defendant moved to dismiss Sanguinetti's and
7  Speight's complaints on October 26, 2021. *See* ECF No. 12. Thereafter, Defendant agreed to
8  Plaintiffs' request to extend their deadline to respond to the motion to dismiss from November
9  9, 2021 to November 30, 2021. *See* ECF No. 16. In turn, Plaintiffs agreed to extend Defendant's
10 deadline to reply from November 16, 2021 to December 21, 2021. *Id.* This Court granted these
11 extensions on November 14, 2021. *See* ECF No. 17. Plaintiffs then filed their Amended
12 Complaint on November 16, 2021, adding three new parties and new claims. *See* ECF No. 20.

13     Defendant's counsel respectfully requests an extension to answer or otherwise respond
14 to Plaintiffs' Amended Complaint in light of their current schedule, preparing for upcoming jury
15 trials, and to allow sufficient time to analyze and review the Amended Complaint. Plaintiffs do
16 not object to Defendant's request.

17     This request is not for purposes of delay. This is the first request for an extension to
18 respond to the Amended Complaint.

19 Dated November 29, 2021     Dated November 29, 2021

20 KEMP JONES, LLP     WISE LAW FIRM, PLC

21 */s/ Mona Kaveh*      */s/ Joseph Langone*
22 J. Randall Jones, Esq. (#1927)     David Hilton Wise, Esq.
   Michael J. Gayan, Esq. (#11135)     Joseph M. Langone, Esq.*
23 Mona Kaveh, Esq. (#11825)     421 Court Street
   3800 Howard Hughes Parkway, 17th Floor     Reno, Nevada 89501
24 Las Vegas, Nevada 89169
                                               M. Anderson Berry, Esq.*
25 *Attorneys for Defendant*     Gregory Haroutunian, Esq.*
   *Nevada Restaurant Services, Inc.*     CLAYEO C. ARNOLD,
26                                                       A PROFESSIONAL LAW CORP.
                                                      865 Howe Avenue
27                                                       Sacramento, CA 95825

28

David K. Lietz, Esq.*
MASON LIETZ & KLINGER LLP
5301 Wisconsin Avenue, NW Suite 305
Washington, DC 20016

Gary M. Klinger, Esq.*
MASON LIETZ & KLINGER LLP
227 W. Monroe Street, Suite 2100
Chicago, IL 60630

George Haines, Esq. (#9411)
Gerardo Avalos, Esq. (#15171)
FREEDOM LAW FIRM
8985 South Eastern Ave., Suite 350
Las Vegas, Nevada 89123

Michael Kind, Esq. (#13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiffs and the Class*

*pro hac vice

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com