Gary M. Klinger, Esq.*
MASON LIETZ & KLINGER LLP
227 W. Monroe Street, Suite 2100
Chicago, IL 60630
Tel.: (202) 429-2290
gklinger@masonllp.com

*Attorney for Plaintiffs*
*(Additional Counsel on Signature Line)*
*\*Pro hac vice*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01768-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS [ECF NO. 26]**<br><br>**(First Request)** |
| RAYMOND D. SPEIGHT, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Consolidated With:<br>Case No.: 2:21-cv-01780-RFB-EJY |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Nevada Restaurant Services, Inc. ("Defendant"), and Plaintiffs David Dietzel, Raymond D. Speight, Sara Sanguinetti, Patricia Saavedra, and Nina S. Kuhlmann ("Plaintiffs"), by and through their counsel of record, hereby stipulate, agree, and respectfully request that the Court extend the deadlines for: (1) Plaintiffs' response to Defendant's Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint ("Motion to Dismiss") (ECF No. 26) to **January 25, 2022**; and (2) Defendant's reply in support of its Motion to Dismiss to **February 22, 2022**.

1

1     Plaintiffs filed their Amended Consolidated Class Action Complaint
2 ("Amended Complaint") on November 16, 2021. *See* ECF No. 20. The Parties agreed to extend
3 Defendant's deadline to respond to the Amended Complaint from November 30, 2021 to
4 December 21, 2021. *See* ECF No. 24. On December 21, 2021, Defendant filed its Motion to
5 Dismiss. *See* ECF No. 26. At present, Plaintiffs' response to the Motion to Dismiss is due on
6 January 4, 2022. *Id.*

7     Plaintiffs and their counsel respectfully request a three-week extension until **January 25,**
8 **2022**, to respond to the Motion to Dismiss in light of the upcoming holidays and because several
9 of Plaintiffs' counsel will be out of the country in early-January. Additionally, Defendant
10 seeks an extension until **February 22, 2022**, to reply in support of its Motion to Dismiss
11 because Defendant's counsel has a jury trial beginning on February 7, 2022, and need
12 additional time to review and reply to Plaintiffs' response. Both Parties consent to the
13 relief sought in this Stipulation.

14 Dated December 22, 2021 for purposes of delay. This is the first request by the Parties.

15 KEMP JONES, LLP                                      WISE LAW FIRM, PLC

16 /s/ Mona Kaveh                                       /s/ David Hilton Wise
J. Randall Jones, Esq. (#1927)                         David Hilton Wise, Esq.
17 Michael J. Gayan, Esq. (#11135)                      Joseph M. Langone, Esq.*
Mona Kaveh, Esq. (#11825)                              WISE LAW FIRM, PLC
18 3800 Howard Hughes Parkway, 17th Floor               421 Court Street
Las Vegas, Nevada 89169                                Reno, Nevada 89501
19
*Attorneys for Defendant*                              M. Anderson Berry, Esq.*
20 *Nevada Restaurant Services, Inc.*                   Gregory Haroutunian, Esq.*
                                                       CLAYEO C. ARNOLD,
21                                                     A PROFESSIONAL LAW CORP.
                                                       865 Howe Avenue
22                                                     Sacramento, CA 95825

23                                                     David K. Lietz, Esq.*
                                                       MASON LIETZ & KLINGER LLP
24                                                     5301 Wisconsin Avenue, NW Suite 305
                                                       Washington, DC 20016
25
                                                       Gary M. Klinger, Esq.*
26                                                     MASON LIETZ & KLINGER LLP
                                                       227 W. Monroe Street, Suite 2100
27                                                     Chicago, IL 60630

28

George Haines, Esq. (#9411)
Gerardo Avalos, Esq. (#15171)
FREEDOM LAW FIRM
8985 South Eastern Ave., Suite 350
Las Vegas, Nevada 89123

Michael Kind, Esq. (#13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiffs and the Class*
*\*pro hac vice*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 27, 2021

3