J. RANDALL JONES, ESQ. (#1927)
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ. (#11135)
m.gayan@kempjones.com
MONA KAVEH, ESQ. (#11825)
m.kaveh@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile:  (702) 385-6001

*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01768-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT [ECF NO. 20]**<br><br>**[SECOND REQUEST]** |
| RAYMOND D. SPEIGHT, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Consolidated With: 2:21-cv-01780-RFB-EJY |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Nevada Restaurant Services, Inc. ("Defendant"), and Plaintiffs Sara Sanguinetti, Raymond D. Speight, David Dietzel, Patricia Saavedra, and Nina S. Kuhlmann ("Plaintiffs"), by and through their counsel of record, hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to file

its answer to Plaintiffs' Amended Consolidated Class Action Complaint ("Amended Complaint"), filed on November 16, 2021 (ECF No. 20), from August 26, 2022, to September 9, 2022.

1. On November 16, 2021, Plaintiffs filed an Amended Complaint. ECF No. 20. Defendant requested and obtained an extension to respond to the Amended Complaint from November 30, 2021, to December 21, 2021. ECF No. 25.

2. On December 21, 2021, Defendant filed its Motion to Dismiss (ECF No. 26), which was heard on August 12, 2022. The Court granted in part and denied in part Defendant's Motion to Dismiss. ECF No. 46. Therefore, Defendants' Answer to the Amended Complaint would be due on or before August 26, 2022.

3. Defendant's counsel respectfully requests an extension to file its answer to Plaintiffs' Amended Complaint in light of their current schedule, other deadlines in this matter that the parties are working on, and to allow sufficient time for Defendant to review and assist in the preparation of the answer. Plaintiffs do not object to Defendant's request.

4. This request is not for purposes of delay. This is the second request for an extension to file a response to the Amended Complaint, but the first request for an extension to file an answer to the Amended Complaint after the Motion to Dismiss was ruled upon.

Dated August 25, 2022.                                    Dated August 25, 2022.

KEMP JONES, LLP

/s/ Mona Kaveh                                            /s/ Gary Klinger
J. Randall Jones, Esq. (#1927)                            Gary M. Klinger*
Michael J. Gayan, Esq. (#11135)                           MILBERG COLEMAN BRYSON
Mona Kaveh, Esq. (#11825)                                 PHILLIPS GROSSMAN, PLLC
3800 Howard Hughes Parkway, 17th Floor                    227 Monroe Street, Suite 2100
Las Vegas, Nevada 89169                                   Chicago, IL 60606

*Attorneys for Defendant*                                 George Haines, Esq. (#9411)
*Nevada Restaurant Services, Inc.*                        Gerardo Avalos, Esq. (#15171)
                                                          FREEDOM LAW FIRM
                                                          8985 South Eastern Ave., Suite 350
                                                          Las Vegas, Nevada 89123

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

David Hilton Wise, Esq.
Joseph M. Langone, Esq.*
WISE LAW FIRM, PLC
421 Court Street
Reno, Nevada 89501

M. Anderson Berry, Esq.*
Gregory Haroutunian, Esq.*
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825

David K. Lietz*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052

Michael Kind, Esq. (#13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

*Attorneys for Plaintiffs and the Class*
**pro hac vice*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 26, 2022

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

3