|   |   |
|---|---|
| 1 | George Haines, Esq. |
| 2 | Nevada Bar No. 9411<br>FREEDOM LAW FIRM |
| 3 | 8985 S. Eastern Avenue, Suite 350<br>Las Vegas, Nevada, 89123 |
| 4 | Phone: (702) 880-5554<br>Fax: (702) 385-5518 |
| 5 | ghaines@freedomlegalteam.com<br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated;<br><br>      Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>      Defendant. | Case No.: 2:21-cv-01768-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP 12(H)(3)**<br><br>*(First Request)*<br><br>Consolidated With: 2:21-cv-01780-RFB-EJY |
| RAYMOND D. SPEIGHT, individually and on behalf of all others similarly situated;<br><br>      Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>      Defendant. | |

     Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs and Defendant Nevada Restaurant Services, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate, agree and respectfully request that the Court extend the deadline for the Plaintiffs to file their opposition briefs to Defendant Nevada Restaurant Services, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP 12(h)(3) (ECF Nos. 66 & 67 (FUS)), filed on May 26, 2023, from June 9, 2023 to June 23, 2023. Defendant's Reply will be due on or

1

before June 30, 2023. Counsel for Plaintiffs respectfully request additional time because of a busy Court calendar for the week of June 5, 2023 and due to the complexity of the arguments set forth in the Motion to Dismiss. The Defendant does not object to Plaintiffs' request for additional time.  The Request is not for purposes of delay. This is the first request by the Parties.

| | |
|---|---|
| Dated: June 7, 2023 | Dated: June 7, 2023 |
| FREEDOM LAW FIRM, LLC | KEMP JONES, LLP |
| /s/George Haines | /s/Mona Kaveh |
| George Haines, Esq. (#9411) | Mona Kaveh, Esq. (#11825) |
| Gerardo Avalos, Esq. (#15171) | J. Randall Jones, Esq. (#1927) |
| 8985 South Eastern Ave., Suite 350 | Michael J. Gayan, Esq. (#11135) |
| Las Vegas, Nevada 89123 | 3800 Howard Hughes Parkway, 17th Floor |
| -and- | Las Vegas, Nevada 89169 |
| Michael Kind, Esq. (#13903) | *Attorneys for Defendant* |
| KIND LAW | *Nevada Restaurant Services, Inc.* |
| 8860 South Maryland Parkway, Suite 106 | |
| Las Vegas, Nevada 89123 | |
| *Attorneys for Plaintiff Sara Sanguinetti* | |

Dated: June 7, 2023

WISE LAW FIRM, PLC

/s/David Hilton
David Hilton Wise, Esq.
Joseph M. Langone, Esq.*
421 Court Street
Reno, Nevada 89501

M. Anderson Berry, Esq.*
Gregory Haroutunian, Esq.*
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825

Gary E. Mason, Esq.*
David K. Lietz, Esq.*
MASON LIETZ & KLINGER LLP

2

1  5301 Wisconsin Avenue, NW Suite 305
   Washington, DC 20016
2

3  Gary M. Klinger, Esq.*
   MASON LIETZ & KLINGER LLP
4  227 W. Monroe Street, Suite 2100
   Chicago, IL 60630
5  *Attorneys for Plaintiffs*
   *\*pro hac vice*
6

7  Jean Sutton Martin, Esq.*
   MORGAN & MORGAN
8  201 N. Franklin Street,
   7th Floor
9  Tampa, FL 33602
10 *Attorneys for Plaintiffs*
   *\*pro hac vice*
11

12

13                                          IT IS SO ORDERED:

14

15                                          _____
16                                          UNITED STATES DISTRICT JUDGE

17                                          DATED:  June 8, 2023

18

19

20

21

22

23

24

25

26

27

28

3