J. RANDALL JONES, ESQ. (#1927)
r.jones@kempjones.com
MICHAEL J. GAYAN, ESQ. (#11135)
m.gayan@kempjones.com
MONA KAVEH, ESQ. (#11825)
m.kaveh@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01768-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP 12(h)(3) [ECF NO. 66]**<br><br>**[FIRST REQUEST]** |
| RAYMOND D. SPEIGHT, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Consolidated With: 2:21-cv-01780-RFB-EJY |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Nevada Restaurant Services, Inc. ("Defendant"), and Plaintiffs Sara Sanguinetti, Raymond D. Speight, David Dietzel, Patricia Saavedra, and Nina S. Kuhlmann ("Plaintiffs"), by and through their counsel of record, hereby stipulate, agree, and respectfully request that the Court extend the deadline for Defendant to file

its Reply in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP 12(h)(3) [ECF No. 66] from June 30, 2023, to July 14, 2023.

1. On May 26, 2023, Defendant filed a Redacted and Filed Under Seal version of its Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP 12(h)(3) ("Motion to Dismiss").  ECF Nos. 66, 67 (FUS).

2. Plaintiffs obtained an extension to file their Response to the Motion to Dismiss from June 9, 2023, to June 23, 2023.  ECF No. 69.  On June 23, 2023, Plaintiffs filed a Redacted and Filed Under Seal version of their Response to the Motion to Dismiss.  ECF Nos. 73, 74 (FUS).  Defendant's Reply is currently due on June 30, 2023.

3. Defendant's counsel respectfully requests a two-week extension (July 14, 2023) to file Defendant's Reply in Support of the Motion to Dismiss in light of their current schedule, other deadlines in this matter that the parties are working on, and because the undersigned counsel will be out of the jurisdiction on the date of the current deadline.  Plaintiffs do not object to Defendant's request.

4. This request is not for purposes of delay.  This is Defendant's first request for an extension to file its Reply in Support of Motion to Dismiss.

Dated June 27, 2023.

KEMP JONES, LLP

/s/ Mona Kaveh
———————————————
J. Randall Jones, Esq. (#1927)
Michael J. Gayan, Esq. (#11135)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Nevada Restaurant Services, Inc.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  28th day of June, 2023.

Dated June 27, 2023.

/s/ George Haines
———————————————
George Haines, Esq. (#9411)
Gerardo Avalos, Esq. (#15171)
FREEDOM LAW FIRM
8985 South Eastern Ave., Suite 350
Las Vegas, Nevada 89123

Gary M. Klinger*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606

David Hilton Wise, Esq.
Joseph M. Langone, Esq.*
WISE LAW FIRM, PLC
421 Court Street
Reno, Nevada 89501

2

M. Anderson Berry, Esq.*
Gregory Haroutunian, Esq.*
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825

David K. Lietz*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052

Michael Kind, Esq. (#13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

Jean Sutton Martin, Esq.*
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

*Attorneys for Plaintiffs and the Class*
*pro hac vice*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com