✓ 1 Aug 2024

Clerk of the Court
for the District of Nevada

Ref: Case No. 2:21-cv-01768-RFB-DJA
Class Member ID: 8304332 M4 ZS2H

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
AUG 07 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

Notice is hereby given to the Court that I, Thomas Gaedy (aka Thomas F. GAEDY), as a settlement Class Member elects to receive the Alternative Cash Payment.

Regards

Thomas F. Gaedy

30670 Lake Eleven Dr.
Sandstone, MN 55072-2016

P.S. Electronic Service is not Available