J. RANDALL JONES, ESQ. (#1927)
r.jones@kempjones.com
MONA KAVEH, ESQ. (#11825)
m.kaveh@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARA SANGUINETTI, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Case No.: 2:21-cv-01768-RFB-DJA<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| RAYMOND D. SPEIGHT, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC.,<br><br>Defendant. | Consolidated With: 2:21-cv-01780-RFB-EJY |

/ / /

/ / /

/ / /

1  Please take notice that Michael J. Gayan, Esq. has disassociated from Kemp Jones, LLP.
2  Mr. Gayan is no longer associated as counsel for Defendant Nevada Restaurant Services, Inc.
3  ("Defendant") and current counsel is respectfully requesting that Mr. Gayan be removed from the
4  service list for this matter.
5  Defendant continues to be represented by J. Randall Jones, Esq. and Mona Kaveh, Esq. at
6  Kemp Jones, LLP.
7  Dated this 3rd day of February, 2025.

Respectfully submitted,

KEMP JONES, LLP

*/s/ Mona Kaveh*
J. Randall Jones, Esq. (#1927)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/4/2025

1

## PROOF OF SERVICE

I hereby certify that on the 3rd day of February, 2025, I served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** via the United States District Court's CM/ECF electronic filing system to the following:

Gary M. Klinger, Esq.*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606

David Hilton Wise, Esq.
Joseph M. Langone, Esq.*
WISE LAW FIRM, PLC
421 Court Street
Reno, Nevada 89501

M. Anderson Berry, Esq.*
Gregory Haroutunian, Esq.*
CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.
865 Howe Avenue
Sacramento, CA 95825

David K. Lietz, Esq.*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052

George Haines, Esq. (#9411)
Gerardo Avalos, Esq. (#15171)
FREEDOM LAW FIRM, LLC
8985 South Eastern Ave., Suite 350
Las Vegas, Nevada 89123

Michael Kind, Esq. (#13903)
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

Jean Martin, Esq.*
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

*Attorneys for Plaintiffs and the Class*

*\*pro hac vice*

/s/ Ali Lott
An employee of Kemp Jones, LLP

2